

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

**Duane Morris®**
FIRM and AFFILIATE OFFICES

ERIC W. RUDEN
DIRECT DIAL: +1 212 471 1893
PERSONAL FAX: +1 212 202 5077
E-MAIL  ERuden@duanemorris.com

www.duanemorris.com

PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2020

November 20, 2020

**VIA ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    **Hedges v. Weston Distance Learning, Inc., Case No. 1:20-cv-08501**

Dear Judge Torres:

      We represent Defendant Weston Distance Learning, Inc. in the above-referenced matter. Defendant respectfully requests a one-month adjournment of the initial pretrial conference scheduled for December 9, 2020 to January 8, 2021. This request is necessary to allow the parties time to determine whether resolution is possible and so that the conference is held after Defendant's new date of December 18, 2020 to answer or respond to the Complaint. This is Defendant's first request for an adjournment. Plaintiff consents to this request.

      Thank you for your consideration.

GRANTED. The conference scheduled for December 9, 2020, is ADJOURNED to **January 12, 2021**, at **10:00 a.m.** By **January 5, 2021**, the parties shall submit a joint letter and case management plan.

SO ORDERED.

Dated: November 23, 2020
      New York, New York

                                              ANALISA TORRES
                                             United States District Judge

DUANE MORRIS LLP
1540 BROADWAY    NEW YORK, NY 10036-4086                              PHONE: +1 212 692 1000    FAX: +1 212 692 1020