

```
NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY
```

FIRM and AFFILIATE OFFICES

ERIC W. RUDEN
DIRECT DIAL: +1 212 471 1893
PERSONAL FAX: +1 212 202 5077
E-MAIL ERuden@duanemorris.com

www.duanemorris.com

```
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

ALLIANCES IN MEXICO
AND SRI LANKA
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2020

December 17, 2020

**VIA ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

    Re: **Hedges v. Weston Distance Learning, Inc., Case No. 1:20-cv-08501**

Dear Judge Torres:

    We represent Defendant Weston Distance Learning, Inc. in the above-referenced matter. Defendant respectfully requests 30-day extension from December 18, 2020 to January 18, 2021 to answer or respond to the Complaint in this matter. Defendant additionally requests a 30-day adjournment of the initial pretrial conference scheduled for January 12, 2021 to February 8, 2021. These requests are necessary to allow the parties time to determine whether resolution is possible and so that the initial conference is held after Defendant's deadline to answer or respond to the Complaint. This is Defendant's second request for an extension and adjournment. Plaintiff consents to this request.

    Thank you for your consideration.

GRANTED. By **January 18, 2021**, Defendant shall answer or otherwise respond to the complaint. The conference scheduled for January 12, 2021, is ADJOURNED to **February 9, 2021**, at **10:40 a.m.** By **February 2, 2021**, the parties shall submit their join letter and case management plan.

SO ORDERED.

Dated: December 17, 2020
      New York, New York

ANALISA TORRES
United States District Judge

1540 BROADWAY   NEW YORK, NY 10036-4086      PHONE: +1 212 692 1000   FAX: +1 212 692 1020