UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
: 
DONNA HEDGES, ON BEHALF OF HERSELF :
AND ALL OTHER PERSONS SIMILARLY :
SITUATED, :
: No.: 1:20-cv-8501
Plaintiffs, :
:
v. : **NOTICE OF VOLUNTARY**
: **DISMISSAL**
WESTON DISTANCE LEARNING, INC., :
:
Defendant. :
:
------------------------------------ x

    Plaintiff(s), DONNA HEDGES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against the Defendant, WESTON DISTANCE LEARNING, INC., with prejudice and without fees and costs.

Dated: New York, New York
       January 27, 2021

                              **GOTTLIEB & ASSOCIATES**

                              */s/Jeffrey M. Gottlieb, Esq.*

                              Jeffrey M. Gottlieb, Esq., (JG-7905)
                              150 East 18th Street, Suite PHR
                              New York, NY 10003
                              Phone: (212) 228-9795
                              Fax: (212) 982-6284
                              Jeffrey@Gottlieb.legal

                              *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge